Brent T. Robinson, Esq. (ISB No. 1932)
W. Reed Cotten, Esq. (ISB No. 8976)
ROBINSON & ASSOCIATES
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email Address:  btr@idlawfirm.com
                wrc@idlawfirm.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Case No.  20-40535 JMM |
| | ) (Chapter 11 – Subchapter 5) |
| JOSEPH LEE DILLE, | ) |
|     aka JOSEPH L. DILLE and | ) |
| JANA LYNN DILLE, | ) |
|     aka JANA L. DILLE, | ) |
| | ) |
|                 Debtors. | ) |

## STATUS REPORT

COME NOW the above-named debtors doing business individually and also doing business as Mountain West Ag, by and through their attorney of record, Brent T. Robinson, of the firm Robinson & Associates, and pursuant to the Court's directive, hereby submit the following Status Report:

1. The debtors have not undertaken any steps yet to obtain a consensual Plan of re-organization.  However, with respect to secured debt the debtors are going to be proposing the following:

(a) The indebtedness owed against the real property is approximately its value.  It should be noted also that there is a homestead for $175,000.  It is the intention of the debtors to continue to pay payments and remain current on the indebtedness, which is the first lien against their residence.

Status Report - 1

(b)  There is an indebtedness to the Internal Revenue Service in the sum of $4,658.78.  However, it is believed that once the tax return is filed, that amount will become zero.

(c)  The Idaho State Tax Commission claims to be owed $1,624.  That will be paid by paying 10 equal semi-annual payments.

(d)  Ally Financial has a lien against a 2017 Ford 350 pickup in the sum of $37,791.  It is debtors' intention to pay that, together with the interest, over a period of 7 years in 14 equal semi-annual payments.

(d)  DLL Finance is owed approximately $131,000.  That amount, together with interest, shall be paid in 14 equal semi-annual payments.

(e)  Farmers National Bank is owed approximately $101,000.  Its collateral is such that that amount will be paid over 14 equal semi-annual payments, together with interest thereon.

(f)  Idaho Central Credit Union has a home equity loan that has been noted above and it is debtors' intention that that amount, since it was not used to acquire the loan, that home equity will be paid in 40 equal semi-annual payments.

(g) Idaho Central Credit Union also has a loan against a 2017 Jayco Octane T30F and is owed approximately $25,000.  It is to be paid over 14 equal semi-annual payments.

(h)  John Deere Financial is owed approximately $180,000.  That amount, together with interest, shall be paid in 14 equal semi-annual payments.

(i)  Pioneer Federal Credit Union is owed approximately $13,260.65 against a 2015 Ford pickup.  That amount, together with interest, shall be paid in 14 equal semi-annual payments.

(j)  Idaho Central Credit Union is owed approximately $69,995.00.  This indebtedness shall be paid over a period of twenty (20) years paying two (2) payments a year, including interest thereon.

(k) Unsecured Creditors shall be paid.  It is believed there will be sufficient disposable income so that that amount can be paid by paying approximately $1,000 every 6 months.

        (l)  Unexpired Lease with CNH Industrial Capital shall cure and pay according to the lease.

        (m)  Unexpired Lease with Wells Fargo Financial Lease shall cure and pay according to the lease.

        2.  Secured debts may be "crammed down" based upon the value of the asset compared to what is owed.

        3.  With respect to disposable income, and it is believed that there will be enough disposable income to pay at least $1,000 every 6 months to unsecured creditors.

        4.  The liquidation analysis of this shows that there is very little available for unsecured creditors and that a much larger amount shall be paid to the unsecured creditors through the Plan.

        5.  The debtors will, in fact, file a Plan within 90 days as required by 11 U.S.C. § 1189(b).

        DATED this 13th day of August, 2020.

                              ROBINSON & ASSOCIATES

                              By:  /s/ Brent T. Robinson
                                   Brent T. Robinson

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 13th day of August, 2020, the within and foregoing document was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- Matthew W Grimshaw    matt@grimshawlawgroup.com
- Brent T Robinson    btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com
- Sheila Rae Schwager    sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

That a copy of said document was also sent via U. S. mail, postage paid, to the following:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Specialized Loan Servicing, LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Mr. and Mrs. Joseph Dille
2764 Sundance Drive
Twin Falls, Idaho   83301

                                            /s/ Brent T. Robinson
                                            Brent T. Robinson