Brent T. Robinson, Esq. (ISB No. 1932)
W. Reed Cotten, Esq. (ISB No. 8976)
ROBINSON & ASSOCIATES
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email Address:  btr@idlawfirm.com
                 wrc@idlawfirm.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No.  20-40535 JMM |
|---|---|---|
|  | ) | (Chapter 11 – Subchapter 5) |
| JOSEPH LEE DILLE, | ) |  |
|    aka JOSEPH L. DILLE and | ) |  |
| JANA LYNN DILLE, | ) |  |
|    aka JANA L. DILLE, | ) |  |
|  | ) |  |
|                Debtors. | ) |  |

COMES NOW the Debtors doing business as themselves and also doing business as

Mountain West Ag, and presents to the Court and others a Liquidation Analysis as follows:

LIQUIDATION ANALYSIS

If this case were converted to Chapter 7 liquidation bankruptcy the following

assumption of loss would occur:

| | |
|---|---|
| Sales Commission | 6 % |
| Quick Sales | 5 % |
| Administrative Fees & Trustee's Fee | <u>9</u> % |
|  | 20 % |

Formula for liquidation value:  Security less 20% = Actual Liquidation Value

(1) <u>Real Property</u> –
   Value:                                                                $ 353,740.00
      Residence – 2764 Sundance Dr., TF, ID
   Less Costs of Sale (20%):                                           70,748.00
   Exempt:                                                                 175,000.00
   Debt:                                                                     304,487.00

Liquidation Analysis - 1

  ICCU - $69,995
  Specialized Loan Servicing - $234,492
  Equity: $ 00.00

(2) <u>Household Goods and Furnishings</u>
  Value: $ EXEMPT
  Less Costs of Sale (20%):
  Exempt:
  Debt:
  Equity: 00.00

(3) <u>Personal Clothing and Effects</u>
  Value: $ EXEMPT
  Less Costs of Sale (20%):
  Exempt:
  Debt:
  Equity: 00.00

(4) <u>Automobiles, Trucks, Trailers, and Other Vehicles</u>
 (a) Value:
  2016 Ford F350 pickup $ 9,000.00
  1997 Ford F350 pickup 5,000.00
  2007 Peterbilt Truck 27,000.00
  Debt:
  DL Evans Bank - 2007 Peterbilt Truck $47,800.21
  Equity: 00.00

 (b) Value:
  2015 Ford Expedition $18,000.00
  Exempt: 10,000.00
  Debt:
  Pioneer Federal Credit Union 13,746.00
  Equity: 00.00

 (c) Value:
  2017 Ford F350 pickup $42,000.00
  Exempt: 10,000.00
  Debt:
  Ally Financial 39,429.00
  Equity: 00.00

 (d) Value:
  2003 Ford F350 pickup (nor running) $1,500.00
  Less Costs of Sale (20%): 300.00
  Equity: 1,200.00

 (e) Value:
  1997 Ford XLT Truck $4,000.00
  Less Costs of Sale (20%) 800.00
  Equity: 3,200.00

Liquidation Analysis - 2

   (f) Value:
      2017 Jayco Octane T30F      $25,000.00
    Debt:
      Idaho Central Credit Union      28,077.00
    Equity:      00.00

(5) <u>Farm Machinery, Fixtures, Equipment, Implements and Supplies Used in Business</u>
   (a) Value:      $70,000.00
      2012 John Deere disk ripper - $25,000
      2007 Great Plains 40' air drill - $25,000
      2007 Landoll 40' field cultivator - $20,000
    Less Costs of Sale (20%):      14,000.00
    Debt:
     Farmers National (Loan #s 3672 & 3844) – approximately  104,000.00
    Equity:      00.00

   (b) Value:
      Rotary plow      35,000.00
    Less Costs of Sale (20%)      7,000.00
    Debt:
      Diversified Financial Service      27,515.87
    Equity:      00.00

   (c) Value:
      Lemken Solitair drill      $138,000.00
    Less Costs of Sale (20%):      27,600.00
    Debt:
      DLL Finance, LLC      130,740.23
    Equity:      00.00

   (d) Value:
      JD 9560 Tractor      180,000.00
    Less Costs of Sale (20%):      36,000.00
    Debt:
      John Deere Financial      180,000.00
    Equity:      00.00

   (e) Value:
      2016 Case IH Magnum      140,000.00
    Less Costs of Sale (20%)      28,000.00
    Debt:
      CNH Industrial Capital      140,000.00
    Equity:      00.00

(6) <u>Other Tangible Personal Property</u>
    Value:      $
    Less Costs of Sale (20%):
    Exempt:      .00
    Debt:      .00
    Equity:      $   .00

Based upon the foregoing liquidation analysis, $4,400 would be available for the benefit of unsecured creditors if this case was converted to a Chapter 7 and the assets liquidated. The Internal Revenue Service has filed a priority claim of approximately $4,700, but it is expected that when the tax return is filed, that will become zero. It is the intention of the debtors to pay more every six months than the value of the assets available.

DATED this 13TH day of August, 2020.

ROBINSON & ASSOCIATES

By: /s/Brent T. Robinson
Brent T. Robinson

Liquidation Analysis - 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2020, the within and foregoing document was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- Matthew W Grimshaw    matt@grimshawlawgroup.com
- Brent T Robinson    btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com
- Sheila Rae Schwager    sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

That a copy of said document was also sent via U. S. mail, postage paid, to the following:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Specialized Loan Servicing, LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Mr. and Mrs. Joseph Dille
2764 Sundance Drive
Twin Falls, Idaho   83301

    /s/ Brent T. Robinson
Brent T. Robinson