Jason Naess, ISBN 8407
Assistant United States Trustee
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | Case No. 20-40535-JMM |
|---|---|
| JOSEPH LEE DILLE, and JANA LYNN DILLE, | (Chapter 11 – Subchapter V) |
| Debtors. | |

### NOTICE OF HEARING ON ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS

TO ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT the Acting United States Trustee has scheduled a hearing on the Acting United States Trustee's Motion to Dismiss or Convert before the United States Bankruptcy Court in the Federal Courthouse at Bankruptcy Courtroom 4, James A. McClure Federal Building on **November 16, 2020, at 10 am**, or as soon thereafter as the parties may be heard. If you wish to object, you should file a written objection within the time noted in Fed. R. Bankr. P. 9014 and 9006(b), and provide notice of any intent to present evidence as noted in Local Bankr. R. 9014.1.

Your rights may be affected. You should read these papers carefully and discuss them

1

with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

The United States Trustee intends to call witnesses and present evidence at the hearing on this motion.

Date:  October 23, 2020            GREGORY M. GARVIN
                                                      Acting United States Trustee for Region 18

                                                      /s/ Andrew S. Jorgensen
                                                      ANDREW S. JORGENSEN
                                                      Attorney for Acting United States Trustee
                              [Non CM/ECF e-mail andrew.jorgensen@usdoj.gov]

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on ___October 23, 2020_____ I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

- (Debtor's counsel) Brent T Robinson, btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com
- David A Coleman, david@crctflaw.com
- Sara Tourte, DLL Finance LLC, sara.tourte@dllgroup.com
- Matthew W Grimshaw, matt@grimshawlawgroup.com, ID22@ecfcbis.com
- R Ron Kerl, Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- Rhett Michael Miller, rhett@pmt.org
- Michael G Schmidt, mgs@lukins.com, tboyddavis@lukins.com
- Sheila Rae Schwager, sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- US Trustee ustp.region18.bs.ecf@usdoj.gov
- Jeremy Vaughn sks&t@idaho-law.com

Others receiving electronic notice in this case.

     AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants via first class mail, postage paid, on the attached Mailing Matrix.

Date: __October 23, 2020_____

                                     _____/s/_____
                                    ANDREW S. JORGENSEN