Brent T. Robinson, Esq. (ISB No. 1932)
W. Reed Cotten, Esq. (ISB No. 8976)
ROBINSON & COTTEN
Attorneys at Law
616 Fremont
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email Address:  btr@idlawfirm.com
                wrc@idlawfirm.com

Attorneys for Debtors Dille

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Case No.  20-40535 JMM |
| ) | (Chapter 11 – Subchapter 5) |
| JOSEPH LEE DILLE, ) | |
| aka JOSEPH L. DILLE and ) | |
| JANA LYNN DILLE, ) | |
| aka JANA L. DILLE, ) | |
| ) | |
| Debtors.              ) | CONSOLIDATED WITH |
| ) | |
| In Re: ) | Case No.  20-40856 JMM |
| ) | (Chapter 11 – Subchapter 5) |
| MOUNTAIN WEST AG ) | |
| ) | |
| Debtors.              ) | |

NOTICE OF HEARING ON CONFIRMATION OF AMENDED CHAPTER 11 – SUBCHAPTER 5 PLAN OF THE DILLES AND INITIAL CHAPTER 11 – SUBCHAPTER 5 PLAN OF MOUNTAIN WEST AG LLP

PLEASE TAKE NOTICE that the above-entitled case is scheduled to come before this Court via Zoom for hearing on the *Amended Chapter 11 – Subchapter 5 Plan of the Dilles and Initial Chapter 11 – Subchapter 5 Plan of Mountain West Ag LLP* (Doc.113) on **January 11, 2021, at 9:00 a. m.**, or as soon thereafter as the matter can be heard.

PLEASE TAKE FURTHER NOTICE that any objection to confirmation of the debtors' Chapter 11 Plan must be in writing, filed with the Court and served on the trustee, the debtors, and the debtors' attorney at least five (5) days prior to the hearing on confirmation, or as otherwise provided by law. Absent any such objection, the Court may confirm the Debtor's Plan as proposed, accept the valuations and allegations, and grant the motions therein without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that failure to appear at the hearing on confirmation and introduce evidence or testimony in support of any objection you have made can result in the Court confirming the Plan as proposed by the debtors.

PLEASE TAKE FURTHER NOTICE that the hearing on confirmation may be continued from time to time without further notice to the debtors or other parties in interest other than oral notice given by the Court during the scheduled hearing.

DATED this 14th day of December, 2020.

ROBINSON & COTTEN

By:/s/ Brent T. Robinson
Brent T. Robinson

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 14th day of December, 2020, the *Notice of Hearing* was electronically filed with the United States Bankruptcy Court using the CM/ECF filing system, and upon such filing the following CM/ECF registered participants were served by electronic means as more fully reflected on the Notice of Electronic Filing, to-wit:

- David A Coleman    david@crctflaw.com
- stourte DLL Finance LLC    sara.tourte@dllgroup.com
- Matthew W Grimshaw    matt@grimshawlawgroup.com, ID22@ecfcbis.com
- R Ron Kerl    Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- Rhett Michael Miller    rhett@pmt.org
- Brent T Robinson    btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com
- Michael G Schmidt    mgs@lukins.com, tboyddavis@lukins.com
- Sheila Rae Schwager    sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Jeremy Vaughn    sks&t@idaho-law.com

I further certify that I caused correct copies of said documents to be served upon the debtors, all creditors, and other parties in interest listed on the attached creditor mailing list by depositing the same in the United States Mail with first-class postage prepaid, enclosed in envelopes addressed to said debtors, creditors, and other parties in interest at their respective addresses.

DATED this 14th day of December, 2020.

ROBINSON & ASSOCIATES

By: /s/ Brent T. Robinson
      Brent T. Robinson

```
Label Matrix for local noticing       Ally Bank                              Ally Financial
0976-8                                PO Box 130424                          Attn: Bankruptcy
Case 20-40535-JMM                     Roseville, MN 55113-0004               P.O. Box 380901
District of Idaho                                                            Bloomington, MN 55438-0901
Twin Falls
Wed Dec  2 10:06:46 MST 2020

American Express National Bank        Amex                                   Black Oil Co.
c/o Becket and Lee LLP                Correspondence/Bankruptcy              P.O. Box 346
PO Box 3001                           P.O. Box 981540                        Eden, ID 83325-0346
Malvern  PA 19355-0701                El Paso, TX 79998-1540


Brennan & Clark                       CNH INDUSTRIAL CAPITAL AMERICA LLC     CNH Industrial Capital
721 East Madison Street               c/o Sheila R. Schwager                 P.O. Box 71264
Suite 200                             Hawley Troxell Ennis & Hawley LLP      Philadelphia, PA 19176-6264
Villa Park, IL 60181-3083             P.O. Box 1617
                                      Boise, ID 83701-1617


CNH Industrial Capital America        Capital One                            Capital One Bank (USA), N.A.
Hawley Troxell Ennis & Hawley, LLP    Attn: Bankruptcy                       by American InfoSource as agent
c/o Sheila R. Schwager                P.O. Box 30285                         PO Box 71083
P.O. Box 1617                         Salt Lake City, UT 84130-0285          Charlotte, NC  28272-1083
Boise, ID 83701-1617


Christopher P. Slette                 David A Coleman                        Costco Anywhere Visa Card
Horst, Stover, Gadd & Spiker, PLLC    PO Box 525                             Attn: Bankruptcy
PO BOX 1544                           Twin Falls, ID 83303-0525              P.O. Box 6500
Boise, ID 83701-1544                                                         Sioux Falls, SD 57117-6500


D.L. Evans Bank                       DL Evans Bank                          DL Evans Bank
c/o Rhett M. Miller                   Attn: Rhett Miller                     P.O. Box 1188
P.O. Box 910                          Parsons, Smith & Stone, LLP            Burley, ID 83318-0826
Burley, ID 83318-0910                 P.O. Box 910
                                      Burley, ID 83318-0910


DLL FINANCE LLC                       DLL Finance LLC                        stourte DLL Finance LLC
PO BOX 2000                           P.O. Box 14535                         PO Box 2000
JOHNSTON, IA 50131-0020               Des Moines, IA 50306-3535              Johnston, IA 50131-0020



Deere & Company d/b/a John Deere Financial   Deere & Company d/b/a John Deere Financial   Deere Credit Inc
Cooper & Larsen, Chtd.                PO Box 6600                            c/o Ron Kerl
PO Box 4229                           Johnston, IA 50131-6600                POB 4229
Pocatello, ID 83205-4229                                                     Pocatello, ID 83205-4229



Dana Lynn Dille                       Joseph Lee Dille                       Diversified Financial Serv
2764 Sundance Drive                   2764 Sundance Drive                    P.O. Box 2027
Twin Falls, ID 83301-8507             Twin Falls, ID 83301-8507              Omaha, NE 68103-2027



Diversified Financial Services, LLC   Express Recovery Service               Farmer's Bank
14010 First National Bank Parkway     Attn: Bankruptcy                       P.O. Box 5629
Suite 400                             P.O. Box 26415                         Twin Falls, ID 83303-5629
Omaha, NE 68154-5232                  Salt Lake City, UT 84126-0415
```

| | | |
|---|---|---|
| Farmers Bank<br>c/o David A. Coleman<br>Coleman, Ritchie & Jacobson<br>PO Box 525<br>Twin Falls, ID 83303-0525 | Farmers Bank<br>PO Box 5629<br>Twin Falls, ID 83303-5629 | FirstSource Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 |
| Matthew W Grimshaw<br>Grimshaw Law Group, P.C.<br>800 W. Main Street, Ste. 1460<br>Boise, ID 83702-5983 | HSBC Bank USA, N.A. Trustee (See 410)<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | HSBC Bank USA, National Association<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 |
| Idaho Central Credit Union<br>c/o Kimball Gourley<br>POB 1097<br>Boise, ID 83701-1097 | (p) IDAHO CENTRAL CREDIT UNION<br>PO BOX 2469<br>POCATELLO ID 83206-2469 | Idaho State Tax Commission<br>Bankruptcy Division<br>P.O. Box 36<br>Boise, ID 83722-2302 |
| Internal Revenue Service<br>Centralized Insolvency Dept<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Division<br>550 West Fort Street Ste 300<br>Boise, ID 83724-0105 | Jack's Tire & Oil Inc.<br>P.O. Box 6337<br>North Logan, UT 84341-6337 |
| (p) DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Andrew Seth Jorgensen<br>Office of the U.S. Trustee<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712-7785 | R Ron Kerl<br>POB 4229<br>Pocatello, ID 83205-4229 |
| Rhett Michael Miller<br>Parsons, Smith, Stone, Loveland and Shir<br>P.O. Box 910<br>Burley, ID 83318-0910 | Mud Lake Oil Company<br>P.O. Box 27<br>Terreton, ID 83450-0027 | Nationwide Credit Inc<br>P.O. Box 15130<br>Wilmington, DE 19850-5130 |
| Derrick J O'Neill<br>Jones Gledhill Fuhrman Gourley, PA<br>225 N. 9th St. Ste 820<br>Boise, ID 83702-5778 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pioneer FCU<br>Attn: Bankruptcy<br>250 W 3rd South<br>Mountain Home, ID 83647-2640 |
| Pioneer Federal Credit Union<br>c/o Worst, Stover, Gadd & Spiker, PLLC<br>P.O. Box 1544<br>Boise, ID 83701-1544 | Pioneer Federal Credit Union<br>PO BOX 1544<br>Boise, ID 83701-1544 | Receivables Performance Mgmt<br>Attn: Bankruptcy<br>20818 44th Ave. W, Suite 140<br>Lynnwood, WA 98036-7709 |
| Brent T Robinson<br>POB 396<br>Rupert, ID 83350-0396 | Michael G Schmidt<br>601 E Front Ave., Suite 303<br>Coeur d'Alene, ID 83814-5186 | Sheila Rae Schwager<br>HAWLEY TROXELL ENNIS and HAWLEY LLP<br>POB 1617<br>Boise, ID 83701-1617 |
| Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | Specialized Loan Servicing, LLC<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | Louis Vaughn Spiker<br>Worst, Stover, Gadd & Spiker, P.L.L.C.<br>POB 1544<br>Boise, ID 83701-1544 |

```
Lewis Nishioka-Stoddard              Stotz Equipment                    Stotz Equipment
Halliday Watkins & Mann P.C.         11111 W. McDowell Road             c/o Mark Kirkorsky PC
376 East 400 South, Suite 300        Avondale, AZ 85392-5000            P.O. Box 25287
Salt Lake City, UT 84111-2906                                           Tempe, AZ 85285-5287


Synchrony Bank                       Synchrony Bank/Amazon              Synchrony Bank/HHGreg
c/o PRA Receivables Management, LLC  Attn: Bankruptcy                   Attn: Bankruptcy
PO Box 41021                         P.O. Box 965060                    P.O. Box 965060
Norfolk VA 23541-1021                Orlando, FL 32896-5060             Orlando, FL 32896-5060


Synchrony Bank/Lowes                 Synchrony Bank/Paypal Credit       Synchrony Bank/TJX
Attn: Bankruptcy                     Attn: Bankruptcy                   Attn: Bankruptcy
P.O. Box 965060                      P.O. Box 965060                    P.O. Box 965064
Orlando, FL 32896-5060               Orlando, FL 32896-5060             Orlando, FL 32896-5064


Synchrony Bank/Zulily                Synchrony/American Eagle           Times-News
Attn: Bankruptcy                     Attn: Bankruptcy                   P.O. Box 540
P.O. Box 965060                      P.O. Box 965060                    Waterloo, IA 50704-0540
Orlando, FL 32896-5060               Orlando, FL 32896-5060


US Trustee                           Jeremy Vaughn                      Ware & Associates
Washington Group Central Plaza       Stephan, Kvanvig, Stone & Trainor  P.O. Box 124
720 Park Blvd, Ste 220               P.O. Box 83                        Twin Falls, ID 83303-0124
Boise, ID 83712-7785                 Twin Falls, ID 83303-0083


Wells Fargo Financial Leasing        Brent Russel Wilson
800 Walnut St.                       Hawley Troxell Ennis & Hawley LLP
MAC F0005-055                        877 Main Street, Suite 1000
Des Moines, IA 50309-3605            Boise, ID 83702-5884
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Idaho Central Credit Union           John Deere Financial
P.O. Box 2469                        Deere Credit, Inc.
Pocatello, ID 83206                  PO Box 6600
                                     Johnston, IA 50131-6600
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d) Synchrony Bank                   End of Label Matrix
c/o PRA Receivables Management, LLC  Mailable recipients    76
PO Box 41021                         Bypassed recipients     1
Norfolk, VA 23541-1021               Total                  77
```