Brent T. Robinson, Esq. (ISB No. 1932)
W. Reed Cotten, Esq. (ISB No. 8976)
ROBINSON & COTTEN
Attorneys at Law
616 Fremont
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email Address:  btr@idlawfirm.com
                wrc@idlawfirm.com

Attorneys for Debtors Dille

\*\*\*\*\*

Aaron J. Tolson, Esq. (ISB No. 6558)
TOLSON & WAYMENT
2677 E. 17th Street, Suite 300
Ammon, ID   83406
Telephone No. (208) 228-5221
Facsimile No. (208) 228-5200
Email Address:  ajt@aaronjtolsonlaw.com

Attorneys for Mountain West Ag LLP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No.  20-40535 JMM |
| --- | --- | --- |
|  | ) | (Chapter 11 – Subchapter 5) |
| JOSEPH LEE DILLE, | ) |  |
| aka JOSEPH L. DILLE and | ) |  |
| JANA LYNN DILLE, | ) |  |
| aka JANA L. DILLE, | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | Case No. 20-40856 JMM |
| In Re: | ) | (Chapter 11 – Subchapter 5) |
|  | ) |  |
| MOUNTAIN WEST AG LLP, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**SUPPLEMENT TO**

**AMENDED CHAPTER 11 – SUBCHAPTER 5 PLAN OF THE DILLES**

**AND**

<u>**INITIAL CHAPTER 11 – SUBCHAPTER 5 PLAN OF MOUNTAIN WEST AG LLP**</u>

Supplement to . . . Plan . . .-1

COME NOW the debtors in the above-captioned matter, by and through their attorneys of record, and provide a *Supplement to Amended Chapter 11 – Subchapter 5 Plan of the Dilles and Initial Chapter 11 – Subchapter 5 Plan of Mountain West Ag LLP* ("Plan") as follows:

1. That attached hereto is a Ballot for Accepting or Rejecting the Amended Chapter 11 – Subchapter 5 Plan of Joseph Dille and Jana Dille to use for the purpose of voting for or against the Plan previously provided to you by said debtors.

2. That attached hereto is a Ballot for Accepting or Rejecting the Initial Chapter 11 – Subchapter 5 Plan of Mountain West Ag, LLP to use for the purpose of voting for or against the Plan previously provided to you by said debtor.

3. That attached also is the budget which will be relied upon with respect to said Plan.

4. That attached also is the *Joint Stipulation for Treatment of Claim* ("Stipulation") (Doc. 118) between Deere & Company and the debtors herein. Anyone wishing to object to the approval of this Stipulation should do so within 7 days prior to the confirmation hearing scheduled for January 11, 2021, otherwise, this Stipulation will become a part of the Plan.

| ROBINSON & COTTEN | TOLSON & WAYMENT |
|---|---|
| By: /s/ Brent T. Robinson<br>Brent T. Robinson<br>Attorneys for Joseph & Jana Dille<br>DATED:  December 17, 2020 | By: /s/ Aaron J. Tolson<br>Aaron J. Tolson<br>Attorneys for Mountain West Ag LLP<br>DATED:  December 17, 2020 |