UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-40535 JMM |
| | ) | (Chapter 11 – Subchapter 5) |
|     JOSEPH LEE DILLE, | ) | |
|       aka JOSEPH L. DILLE and | ) | |
|     JANA LYNN DILLE, | ) | |
|       aka JANA L. DILLE, | ) | |
| | ) | |
|                        Debtors. | ) | |
| | ) | Case No. 20-40856 JMM |
| In Re: | ) | (Chapter 11 – Subchapter 5) |
| | ) | |
|     MOUNTAIN WEST AG LLP, | ) | |
| | ) | |
|                        Debtor. | ) | |

JOSEPH DILLE AND JANA DILLE'S
BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

       The debtors Joseph Lee Dille and Jana Lynn Dille filed an Amended Chapter 11 – Subchapter 5 Plan of Reorganization and the debtor Mountain West Ag LLP filed an Initial Chapter 11 – Subchapter 5 Plan (Doc. 113) (the Plan) dated Decembe4 11, 2020, for the debtors in this case.

       **You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

       **If your ballot is not received by debtor's attorney, Brent T. Robinson on or before <u>January 4, 2021</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

       **If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**VOTER: Choose below:**

1. The undersigned has a:

                                                      _____ Secured claim
                                                      _____ Priority claim
                                                      _____ Unsecured nonpriority claim

Ballot … (Dille's) - 1

against the above-named debtor in the unpaid principal amount of $_____, and hereby:

       _____ accepts the proposed Plan
       _____ rejects the proposed Plan

DATED: _____
Print or type name of business:    _____
By: (if appropriate)    _____
Title: (if appropriate)    _____

Signed:    _____
Address:    _____
    _____

THIS BALLOT MUST BE SUBMITTED ON OR BEFORE **January 4, 2021,** TO:

Brent T. Robinson
ROBINSON & COTTEN
P. O. Box 396
RUPERT, ID 83350