Brent T. Robinson, Esq. (ISB No. 1932)
W. Reed Cotten, Esq. (ISB No. 8976)
ROBINSON & COTTEN
Attorneys at Law
616 Fremont
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email Address:  btr@idlawfirm.com
                wrc@idlawfirm.com

Attorneys for Debtors Dille

\*\*\*\*\*

Aaron J. Tolson, Esq. (ISB No. 6558)
TOLSON & WAYMENT
2677 E. 17th Street, Suite 300
Ammon, ID   83406
Telephone No. (208) 228-5221
Facsimile No. (208) 228-5200
Email Address:  ajt@aaronjtolsonlaw.com

Attorneys for Mountain West Ag LLP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No.  20-40535 JMM |
| --- | --- | --- |
|  | ) | (Chapter 11 – Subchapter 5) |
| JOSEPH LEE DILLE, | ) |  |
| aka JOSEPH L. DILLE and | ) |  |
| JANA LYNN DILLE, | ) |  |
| aka JANA L. DILLE, | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | Case No. 20-40856 JMM |
| In Re: | ) | (Chapter 11 – Subchapter 5) |
|  | ) |  |
| MOUNTAIN WEST AG LLP, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**DISCLOSURE OF WITNESSES**

COME NOW the debtors Joseph Lee Dille and Jana Lynn Dille, by and through their attorney of record, Brent T. Robinson of the firm of ROBINSON & COTTEN and hereby

Disclosure of Witnesses - 1

disclose and identify the following witnesses that may be called at the time of the hearing scheduled for January 11, 2021:

        Joseph Lee Dille
        Jana Lynn Dille
        _____

DATED this 4th day of January 2021.

        ROBINSON & COTTEN

        By: /s/ Brent T. Robinson
            Brent T. Robinson

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 4th day of January 2021 the within and foregoing document was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- David A Coleman david@crctflaw.com
- stourte DLL Finance LLC sara.tourte@dllgroup.com
- Matthew W Grimshaw matt@grimshawlawgroup.com, ID22@ecfcbis.com
- R Ron Kerl Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- Rhett Michael Miller rhett@pmt.org
- Brent T Robinson btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com
- Michael G Schmidt mgs@lukins.com, tboyddavis@lukins.com
- Sheila Rae Schwager sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- US Trustee ustp.region18.bs.ecf@usdoj.gov
- Jeremy Vaughn sks&t@idaho-law.com
- Brent R. Wilson bwilson@hawleystoxell.com
- Lewis Nishioka Stoddard lewis@hwmlawfirm.com
- Derrick J. O'Neill doneill@idalaw.com
- Louis V. Spiker lvs@magicvalleylaw.com
- Andrew S. Jorgensen Andrew.jorgensen@usdoj.gov

   That a copy of said document was also sent via U. S. mail, postage paid, to the following:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Specialized Loan Servicing, LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Mr. and Mrs. Joseph Dille
2764 Sundance Drive
Twin Falls, Idaho  83301

            /s/ Brent T. Robinson
            Brent T. Robinson