Brent T. Robinson, Esq. (ISB No. 1932)
W. Reed Cotten, Esq. (ISB No. 8976)
ROBINSON & COTTEN
Attorneys at Law
616 Fremont
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email Address:  btr@idlawfirm.com
                wrc@idlawfirm.com

Attorneys for Debtors Dille and Mountain West Ag LLP
(Substantively Consolidated)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No.  20-40535 JMM |
| | ) | (Chapter 11 – Subchapter 5) |
|     JOSEPH LEE DILLE, | ) | |
|        aka JOSEPH L. DILLE and | ) | |
|     JANA LYNN DILLE, | ) | |
|        aka JANA L. DILLE, | ) | Substantively Consolidated |
| | ) | |
|                         Debtors. | ) | |
| | ) | Case No. 20-40856 JMM |
| In Re: | ) | (Chapter 11 – Subchapter 5) |
| | ) | |
|     MOUNTAIN WEST AG LLP, | ) | |
| | ) | |
|                         Debtor. | ) | |

**STIPULATION CONCERNING TREATMENT OF DLL FINANCE**

COME NOW creditor DLL Finance, by and through its attorney of record, Michael G. Schmidt of the firm Lukins & Annis, P. S., the debtors Joseph Lee Dille and Jana Lynn Dille ("Dilles"), by and through their attorney of record, Brent T. Robinson of the firm Robinson & Cotten, and the Chapter 11 – Subchapter 5 Trustee Matthew G. Grimshaw and hereby stipulate and agree with respect to the treatment of DLL Finance ("DLL") as follows:

R E C I T A L S

WHEREAS, Dilles filed their Petition under Chapter 11 – Subchapter 5 of the

Bankruptcy Code on July 10, 2020. Subsequently thereto, Mountain West Ag LLP filed its Petition under Chapter 11 – Subchapter 5 of the Bankruptcy Code on November 3, 2020. Subsequent thereto, the cases of Dilles and Mountain West Ag LLP were substantially consolidated on February 3, 2021 (Docs. 159 and 160); and,

WHEREAS, the parties have reached an agreement as the amount of the secured claim of Ninety Thousand Dollars ($90,000). That the purpose of this stipulation is to address the payment of that secured claim and the rights and obligations of the parties. That the terms contained in this stipulation shall control since they do differ from the terms contained in the Second Amended Chapter 11 – Subchapter Plan which was filed by the Dilles on January 21, 2021 (Doc. 146).

TREATMENT OF DLL FINANCE'S CLAIM

That the parties stipulation and agree as follows:

1. **Repairs and Maintenance**: Dilles shall repair DLL's collateral (the Lemken Solitair Drill) so that it is in a good state of repair and "field ready" as determined and agreed by DLL's representative (at present Kevin Merritt) and Dilles' representative, the Lemken Solitair sales manager/representative (at present Richard Johnson). The repairs shall be completed before the collateral is put to use in the fields. DLL's collateral shall be well maintained and kept in a good state of repair throughout the life of the Chapter 11 – Subchapter 5 Plan.

2. **Periodic Inspection of Collateral**: DLL shall be provided scheduled access for reasonable requestioned inspections of its collateral twice per year -- once before the collateral is put to use in the fields to confirm it is field ready, and once at or near the completion of the work season. Further access shall be provided for any other periodic inspections as deemed reasonable by DLL, consistent with its Security Agreement and Loan Documents. Dilles and/or their representative, shall work with DLL's representative to schedule any requested inspections.

3. **Proof of Insurance:** Dilles must provide proof of insurance and maintain insurance on DLL's collateral, naming DLL as an additional insured during the term of repayment.

4. **Payment Terms**: DLL's claim for $90,000 shall be treated as secured, and repaid to DLL at 4.5% interest, with 12 semi-annual payments, the first two payments of which shall be $13,087.50 (an amount that is 1.5x of what is proposed in Dilles' Second Amended Plan), payable on June 1, 2021 and December 1, 2021. That the payments commencing on June 1, 2022, and December 1, 2022, each and every year thereafter, shall be the sum of $8,590 per payment, so that the balance, including principal and interest, is paid in its entirety no later than December 1, 2026. That DLL shall retain its lien until it has been fully paid its secured claim of $90,000, including principal and interest. That the balance of its claim shall be treated and deemed to be unsecured and paid on a pro rata basis with Unsecured Creditors in accordance with Class XI.

5. **Controlling Terms**: That the terms of this stipulation shall control, instead of those contained in the Second Amended Chapter 11 – Subchapter 5 Plan.

DATED: February 10, 2021

| | |
|---|---|
| /s/ Joseph Lee Dille | /s/ Jana Lynn Dille |
| Joseph Lee Dille | Jana Lynn Dille |

APPROVED:

| | |
|---|---|
| ROBINSON & COTTEN | LUKINS & ANNIS, P. S. |
| By: /s/ Brent T. Robinson | By: /s/ Michael G. Schmidt |
| Brent T. Robinson | Michael G. Schmidt |
| Attorney for Dilles | Attorneys for DLL Finance |
| Dated: February 10, 2021 | Dated: February 10, 2021 |

/s/ Matthew G. Grimshaw
Matthew G. Grimshaw
Chapter 11 – Subchapter 5 Trustee
Dated: February10, 2021

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 11th day of February, 2021 the within and foregoing document was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- David A Coleman    david@crctflaw.com
- stourte DLL Finance LLC    sara.tourte@dllgroup.com
- Matthew W Grimshaw    matt@grimshawlawgroup.com, ID22@ecfcbis.com
- R Ron Kerl    Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- Rhett Michael Miller    rhett@pmt.org
- Brent T Robinson    btr@idlawfirm.com, bcl@idlawfirm.com;bjh@idlawfirm.com
- Michael G Schmidt    mgs@lukins.com, tboyddavis@lukins.com
- Sheila Rae Schwager    sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Jeremy Vaughn    sks&t@idaho-law.com
- Brent R. Wilson    bwilson@hawleystoxell.com
- Lewis Nishioka Stoddard    lewis@hwmlawfirm.com
- Derrick J. O'Neill    doneill@idalaw.com
- Louis V. Spiker    lvs@magicvalleylaw.com
- Andrew S. Jorgensen    Andrew.jorgensen@usdoj.gov

ROBINSON & COTTEN

By: /s/ Brent T. Robinson
    Brent T. Robinson

Stipulation … DLL Finance - 4